## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

CHRISTOPHER OLORTEGUI,

      Plaintiffs,

v.

BJ'S WHOLESALE CLUB, INC.,

      Defendant.

_____

### DEFENDANT, BJ'S WHOLESALE CLUB, INC., NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1331, § 1441, and § 1446, Defendant, BJ's Wholesale Club, Inc., ("Defendant"), files this, its Notice of Removal in this action hereby removing it from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, and as grounds therefore states:

1.      On April 30, 3019, Plaintiff Christopher Olortegui ("Plaintiff") filed a complaint in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, bearing case number 2019-013029-CA-01.

2.      On May 9, 2019, Defendant was served with a copy of the Summons and Complaint.  Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed.

3.      In his Complaint, Plaintiff alleges violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

4.      Venue lies in the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1441(a).

5.    Pursuant to 28 U.S.C. § 1441(a), any civil action brought in a state court which the district courts of the United States have original jurisdiction, may be removed by the Defendant, to the district court of the place where such action is pending.

6.    Pursuant to 28 U.S.C. § 1331, the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

7.    This Court has federal question jurisdiction over this case because Plaintiff has alleged a violation of the FLSA.

8.    Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, orders, and other papers or exhibits on file in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, are attached to this Notice as Composite Exhibit "A."

9.    Defendant is contemporaneously filing a copy of this Notice with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d), and Defendant will give written notice to all parties of the filing of this Notice of Removal.  A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, BJ's Wholesale Club, Inc., respectfully requests this Court remove the above-captioned civil action, which is currently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to federal court, and for such further relief as this Court deems just and proper.

Dated: May 29, 2019

**Holly L. Griffin**
Holly L. Griffin (Florida Bar No. 93213)
Email: hgriffin@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980

Shane R. Goodrich
(*Pro hac* application to be filed)
Email: sgoodrich@morganbrown.com
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109
Telephone: 617-523-6666

*Attorneys for Defendant BJ's Wholesale Club, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-mail this 29th day of May, 2019, in accordance with Florida Rule of Judicial Administration 2.516 to all counsel on the below Service List.

*/s/ Holly L. Griffin*
Holly L. Griffin

## SERVICE LIST

Peter M. Hoogerwoerd, Esq.
Email:  pmh@rgpattorneys.com
Nathaly Saavedra, Esq.
Email:  ns@rgpattorneys.com
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
*Attorneys for Plaintiff*